UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

                Plaintiff,        22-cv-7299 (JGK)

    - against -               ORDER

FACOSULL CORP, ET AL.,
                Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 26, 2022.

SO ORDERED.
Dated:    New York, New York
           September 12, 2022

                                  John G. Koeltl
                          United States District Judge